PROB 22
(Rev. 1/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
3:23-cr-05045-DGE-1

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00219-APG-BNW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ahmodjatai Preyonuss Baldwin | Western Washington | Seattle |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Timothy M. Burgess |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 10/31/2024 | 10/30/2025 |

**OFFENSE**
18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of a Firearm

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties and housing in Nevada.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Western  DISTRICT OF  Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 9, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 24, 2025
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Ahmodjatai Preyonuss Baldwin

Case No.: 3:23CR05045

**REQUEST FOR TRANSFER OF JURISDICTION IN**

July 22, 2025

TO:   United States District Judge

On October 31, 2019, Mr. Baldwin was sentenced to 24 months custody, followed by a three (3) year term of supervised release for the offense of Felon in Possession of a Firearm. On January 28, 2022, Mr. Baldwin's supervision was revoked, and he was sentence to six (6) months custody, followed by a 24-month term of supervised release.  On October 17, 2024, Mr. Baldwin's supervision was revoked again, and he was sentenced to four (4) months custody, with credit for time served, and a 12-month term of supervised release.  This supervision term commenced on December 20, 2024, and is scheduled to expire on October 16, 2025.

Mr. Baldwin intends to remain in Nevada for the foreseeable future.  He has a stable residence with his family and does not intend on returning to the sentencing district.  To address any matters that may require the Court's attention in an expeditious manner, and for judicial economy, the undersigned is requesting jurisdiction of his case be accepted in the District of Nevada.  United States District Judge Timothy M. Burgess has agreed to relinquish jurisdiction as noted by his signature on the attached Transfer of Jurisdiction (Prob22).

Should the Court agree with the request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Landon VanWormer
Date: 2025.07.22 10:11:11 -07'00'

Landon VanWormer
Senior United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2025.07.22 09:26:37 -07'00'

Joy Gabonia
Supervisory United States Probation Officer